UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CR-20148-SCOLA

UNITED STATES OF AMERICA
  Plaintiff,
vs.

AMAURIS WISKY,
  Defendant.

_____/

### AMAURIS WISKY'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT (PSI) (DE 54)

Defendant Amauris Wisky, through undersigned counsel, submits the following objection to the draft Presentence Investigation Report ("PSI"). DE 54. Mr. Wisky pleaded guilty to conspiracy to possess with intent to distribute five kilograms or more of a mixture containing a detectable amount of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70506(b), and to possession with intent to distribute a controlled substance aboard a vessel, in violation of 46 U.S.C. § 70503(a)(1).

### I. Safety Valve (PSI ¶ 18)

Mr. Wisky objects to Probation's determination that he does not meet the criteria for safety valve under U.S.S.G. § 5C1.2, and to the resulting determination that the Court must impose a 10-year minimum mandatory sentence. Probation determined that Mr. Wisky meets the criteria set forth in § 5C1.2(a)(1)-(4)—but noted that it was "unknown if he has met the criteria set forth in subsection (a)(5)," which requires a complete and truthful statement addressing his involvement in and

1

knowledge of the offense.  Undersigned counsel since has met with Mr. Wisky, obtained such a statement, and provided that statement to Assistant United States Attorney Michele Vigilance on December 28, 2022.  At the time of this filing, undersigned counsel had yet to receive a response confirming that Mr. Wisky now satisfies the criterion for safety-valve relief set forth in subsection (a)(5).

Because Mr. Wisky qualifies for safety valve, this Court may impose a sentence without regard to the statutory minimum sentence.  Under U.S.S.G. § 2D1.1(b)(18), Mr. Wisky should receive a 2-level reduction in his adjusted offense level.

## II.    Resulting Offense Level and Guidelines Calculation (PSI ¶¶ 30, 56)

Mr. Wisky objects to Probation's calculation of the total offense level, the corresponding guideline range, and the sentencing options available to the Court.  If this Court sustains Mr. Wisky's objection, the resulting total offense level should be 33.  This calculation is reached as follows:

**Base Offense Level: 38  (under § 2D1.1 for an offense involving at least 450kg of cocaine)**

**-2    (for safety valve under § 2D1.1(b)(18))**

**-3   (for    acceptance    of    responsibility pursuant to § 3E1.1(a) and (b))**

_____

**Total offense level: 33.**

Mr. Wisky has no prior record, placing him in criminal history category I.  With a total offense level of 33, his corresponding guideline range would be 135 to 168

months, rather than 168 to 210 months.

Mr. Wisky asks this Court to sustain his objection to the PSI and sentence him without regard to the mandatory minimum, after considering a guideline range of 135 to 168 months.

**Respectfully,**

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: */s/Jenny Wilson*
Jenny Wilson
Assistant Federal Public Defender
Florida Bar No. 1031758
150 W. Flagler Street, Suite 1700
Miami, Florida  33130
Tel:   305-530-7000
E-Mail: jenny_wilson@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jenny Wilson*

3